Craig Thor Kimmel, Esq.
Kimmel & Silverman, P.C.
30 East Butler Avenue
Ambler, PA 19002
T: (215) 540-8888; F: (800) 863-1689
ckimmel@lemonlaw.com

Attorneys for Plaintiff
TERESA MCCLINTOCK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERESA MCCLINTOCK, <br><br> Plaintiff, <br><br> v. <br><br> PENNCRO ASSOCIATES, INC., <br><br> Defendant. | **Case No.:** <br><br> **COMPLAINT AND DEMAND FOR JURY TRIAL** <br><br> **(Unlawful Debt Collection Practices)** |

## COMPLAINT

TERESA MCCLINTOCK ("Plaintiff"), by her attorneys, KIMMEL & SILVERMAN, P.C., alleges the following against PENNCRO ASSOCIATES, INC., ("Defendant"):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate

- 1 -

1

United States district court without regard to the amount in controversy," and

2

*28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims

3

contained therein.

4

5

3.   Defendant conducts business and has an office in the state of

6

Pennsylvania and therefore, personal jurisdiction is established.

7

8

4.   Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

9

10

5.   Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

11

12

**PARTIES**

13

6.   Plaintiff is a natural person residing at 230 Rossitter Street

14

Shreveport, Louisiana.

15

7.   Plaintiff is a "consumer" as that term is defined by *15 U.S.C.*

16

*1692a(3)*.

17

18

8.   Defendant is a national debt collection company with corporate

19

headquarters located at P.O. Box 1878, Southampton, PA 18966.

20

21

9.   Defendant is a debt collector as that term is defined by *15 U.S.C.*

22

*1692a(6)*, and sought to collect a consumer debt from Plaintiff.

23

24

25

PLAINTIFF'S COMPLAINT

10.   Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11.   Defendant and others it retained began in October of 2008 through the present to constantly and continuously place harassing and abusive collection calls to Plaintiff seeking and demanding payment for an alleged consumer debt.

12.   Defendant and others it retained placed calls to Plaintiff's home telephone.

13.   Defendant places calls to Plaintiff from the telephone numbers 800-678-1826 and 800-284-5232 (ext 2692) and others.

14.   Defendant identified the case number being called about as "Z44337".

15.   Plaintiff has demanded that calls stop immediately but her instructions were disregarded by Defendant and others it retained.

16.   Defendant refused/refuses to heed Plaintiff's instructions and continues/continued calling Plaintiff from October 2008 through at least April

- 3 -

2009.

17.   Defendant has called and hung up on Plaintiff as well.

18.   Persons who identified themselves during calls include: "Shania Parker"; "Ryan"; "Darnell Bolling" and "Erica Clanton". Upon information and belief, some or all of these names are assumed.

19.   Defendant and others it retained, often called/call more than five times a day.

20.   Repetitive calls to Plaintiff are/where disturbing, harassing, an invasion of privacy and made Plaintiff feel wary about answering the telephone for any number she did not recognize.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

21.   Defendant violated the FDCPA based on the following:

a.  Defendant violated *§1692 generally.*

b.  Defendant violated *§1692d(5)* and of the FDCPA by causing a telephone to ring and engaging Plaintiffs in telephone conversations repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

c.  Defendant violated *§1692d(6)* and of the FDCPA by placing telephone calls and leaving messages from a person who did not in

- 4 -

fact exist and therefore in a manner that Defendant had not meaningfully disclosed the callers identity by design and/or plan.

22.    As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit B).

WHEREFORE, Plaintiff, TERESA MCCLINTOCK, respectfully requests judgment be entered against Defendant, PENNCRO ASSOCIATES, INC., for the following:

23.    Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

24.    Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

25.    Actual damages,

26.    Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

27.    Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, TERESA MCCLINTOCK, demands a jury trial in this case.

PLAINTIFF'S COMPLAINT

RESPECTFULLY SUBMITTED,

DATED:     November  13,          KIMMEL & SILVERMAN, P.C..

2009

By: _____/s/ Craig Thor Kimmel_____

Craig Thor Kimmel, Esquire
Attorney for Plaintiff

PLAINTIFF'S COMPLAINT