## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Teresa McClintock, | ) |
| | ) |
| Plaintiff | ) |
| | )   No.09-5544 |
| vs. | ) |
| | ) |
| Penncro Associates, Inc., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

    NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.

 /s/ Craig Thor Kimmel_____
Craig Thor Kimmel, Esquire
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 14th day of January 2010, that a copy of the aforegoing Notice of Voluntary Dismissal was e-filed and sent by regular mail to:

**RICHARD J. PERR**
FINEMAN KREKSTEIN & HARRIS, P.C.
MELLON BANK CENTER SUITE 600
1735 MARKET ST.
PHILADELPHIA , PA 19103-7513

　　　　/s/ Craig Thor Kimmel
Attorney for Plaintiff
Craig Thor Kimmel, Esquire
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002